mond', *Lawrence Foster*, and *Augustin H. Parker, Jr.* for petitioner in No. 809. *Solicitor General Jackson* for respondents. Reported below: 97 F. 2d 677.

No. 707. SCHNEIDER *v.* STATE (TOWN OF IRVINGTON). April 3, 1939. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey granted. *Mr. Olin R. Moyle* for petitioner. *Mr. Joseph C. Braelow* for respondent.

No. 748. FORD MOTOR CO. *v.* CLARK, SECRETARY OF STATE OF TEXAS, ET AL. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Palmer Hutcheson* for petitioner. No appearance for respondents.

No. 163. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WILSHIRE OIL CO.;

No. 164. SAME *v.* BANDINI PETROLEUM CO.; and

No. 165. SAME *v.* WILSHIRE ANNEX OIL CO. April 3, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. MR. JUSTICE REED took no part in the consideration and decision of this application. *Solicitor General Jackson* for petitioner. *Mr. Joseph D. Brady* for respondents. Reported below: 95 F. 2d 971.

No. 702. PITTMAN, CLERK OF THE SUPERIOR COURT OF BALTIMORE, *v.* HOME OWNERS' LOAN CORP. April 17, 1939. Petition for writ of certiorari to the Court of Appeals of Maryland granted. *Messrs. William L. Henderson* and *H. Vernon Eney* for petitioner. *Solicitor Gen-*